Commonwealth *v.* Riley, Appellant.

Submitted December 6, 1971. *F.*

718

*Emmett Fitzpatrick, Jr., Joseph Michael Smith,* and *Fitzpatrick & Smith,* for appellant; *James Garrett* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.